**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6706

TERRY L. BRAMWELL,

Plaintiff - Appellant,

versus

RAYMOND IGLECIA, Doctor,

Defendant - Appellee,

and

JOHNNY NEWHART, Sheriff,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:05-cv-00475)

Submitted: August 30, 2007          Decided:  September 7, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry L. Bramwell, Appellant Pro Se.  Andrew Joseph Terrell, WHITEFORD, TAYLOR & PRESTON, Washington, DC, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry L. Bramwell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bramwell v. Iglecia</u>, No. 3:05-cv-00475 (E.D. Va. Mar. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>